Richard M. Gulbrandsen, Jr., Esq. #026256
William J. Gulbrandsen, Esq. #027079
**SKOUSEN, GULBRANDSEN & PATIENCE, PLC**
414 East Southern Avenue
Mesa, AZ  85204-4922
480-833-8800
Facsimile 480-833-7146
attorney@sgplaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JANE LONG, the surviving biological mother of Danielle Breed, in her own right and as statutory plaintiff on behalf of other claimants,<br><br>             Plaintiff,<br>vs.<br><br>Keli J. Okopny, as Personal Representative of The Estate of Charles Wallis Haeger, Oakland County (Michigan) cause number 2020-0000396732-DE<br><br>             Defendants. | No.  CV-20-02211-PHX-DWL<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Plaintiff Jane Long, the surviving biological mother of Danielle Breed, in her own right and as statutory plaintiff on behalf of other claimants, requests that entry of judgment by default be entered against defendant Keli J. Okopny, as Personal Representative of the Estate of Charles Wallis Haeger, pursuant to Federal Rule of Civil Procedure 55(b).  In support of this request plaintiff states that the amount is not for a sum certain and a hearing is requested to determine damages and costs.

DATED this 25th day of May, 2021.

SKOUSEN, GULBRANDSEN
& PATIENCE, P.L.C.

By: _____
Richard M. Gulbrandsen, Jr.
414 East Southern Avenue
Mesa, AZ  85204-4993
Attorneys for Plaintiff