# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Long,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Keli J. Okopny, as personal representative of Estate of Charles Walis Haeger, Oakland County (Michigan) cause number 2020-0000396732-DE, et al.,<br><br>　　　　Defendants. | No. CV-20-02211-PHX-DWL<br><br>**DEFAULT JUDGMENT** |

　　　Judgment is entered against Defendant and in favor of Plaintiff in the amount of $5,000,000.

　　　Dated this 2nd day of November, 2021.

_____
Dominic W. Lanza
United States District Judge